UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CSA OF SAN DIEGO, INC; JENNIFER BOUTROS; ASHLEY NELSON; and NATURE BAKER,<br><br>Plaintiffs,<br><br>v.<br><br>RONNIE T. NERI,<br><br>Defendant. | Case No.: 3:23-cv-1369-JES-JLB<br><br>**CONSENT DECREE AND FINAL ORDER**<br><br>[ECF No. 48] |

This action was brought by CSA San Diego, Inc., Nature Baker, Ashley Nelson, and Jennifer Boutros, as plaintiffs, against Ronnie T. Neri ("Neri" or "defendant"), as defendant, alleging that Neri discriminated and harassed plaintiffs because of sex in violation of the Fair Housing Act, 42 U.S.C. § 3601, *et seq*., and related California laws. (ECF 1.) Defendant answered and denied all material allegations in the complaint. (ECF 20.)

The parties have agreed that in order to avoid protracted and costly litigation, this action should be resolved without a trial, and therefore have moved and consented to entry of this Consent Decree and Final Order. By entering into this Consent Decree and Final Order, defendant Ronnie T. Neri makes no admission of liability in connection with the allegations and claims in the complaint.

IT IS HEREBY ORDERED, ADJUDGED AND DECREED AS FOLLOWS:

1. The parties will execute a mutual release and agreement regarding settlement of this action.

2. Within 45 days from the entry of this Consent Decree and Final Order, and continuing thereafter for a period of three years, defendant Ronnie T. Neri will comply with the following terms and conditions:

   a. Cease and desist from having any contact with tenants occupying or prospective tenants seeking to occupy a rental dwelling owned or operated by Neri, unless such contact is expressly requested by the tenant or prospective tenant;

   b. Adopt and implement of a written policy prohibiting discrimination, including sexual harassment by any person involved in the operation or management of rental dwelling owned by Neri;

   c. Post and maintain the HUD fair housing poster (HUD form 928) in conspicuous locations at each rental dwelling owned by Neri where it can be seen by tenants and prospective tenants;

   d. Mandate that each household occupying a rental dwelling owned by Neri be provided with a copy of the CRD Fair Housing Fact Sheet in English and in Spanish (Form CRD-HO3P-ENG, CRD-HO3P-SP) (by electronic mail, mail, or hand delivery) and mandate that copy of the same CRD Fair Housing Fact Sheets be provided to each prospective tenant who applies to rent a dwelling owned or operated by Neri;

  e. Require every employee or agent involved in the management of a rental dwelling owned or operated by Neri attend a fair housing training yearly, provided by a trainer approved by CSA. Any new agent or employee involved in the involved in the management of a rental dwelling owned or operated by Neri must attend fair housing training within one hundred twenty (120) days of his or her start date. A list will be provided by CSA.; and,

  f. Certify by letter, mailed to CSA, 327 Van Houten Avenue, El Cajon, CA 92020, within 21 days of January 1, 2025, January 1, 2026, and January 1, 2027, the following statement:

*I, Ronnie T. Neri, hereby certify that I have complied with the terms and conditions of the Consent Decree and Final Order entered in* Case 3:23-cv-01369-JES-JLB.

*Dated:* _____. *Signed:*_____

3. This action may be dismissed without prejudice, reserving jurisdiction for enforcement only. By operation of this Consent Decree and Final Order, this action will automatically be dismissed with prejudice upon expiration of the three-year enforcement period.

4. For a period of three years from the date of entry, the Court will retain jurisdiction of this action solely for purposes of enforcement of the terms of this Consent Decree and Final Order. The parties may move for an order enforcing the terms of this Consent Decree and Final Order. A motion for enforcement may be filed only after the parties have conferred in good faith to resolve their dispute.

The Clerk of the Court is directed to close the case.

///

///

**IT IS SO ORDERED**.

Dated: May 31, 2024

_____
Honorable James E. Simmons Jr.
United States District Judge